```
SAO
CHRISTINE G. MOORE, ESQ
Nevada Bar No. 007342
BENNION CLAYSON & MARIAS
1140 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 233-9660 (phone)
(702) 233-9665 (fax)
christine.moore@zurichna.com
Attorneys for Defendants
BUMPERS INC. and RALPH E. HOWARD
```

## UNITED STATES DISTRICT COURT

## THE DISTRICT OF NEVADA

| | |
|---|---|
| ING NOVEX INSURANCE COMPANY OF CANADA, <br><br> Plaintiff, <br><br> v. <br><br> BUMPERS, INC.; RALPH EDWARD HOWARD; MGC RESOURCES, INC.; ANTHONY DEMEO, AS SHERIFF OF THE COUNTY OF NYE, STATE OF NEVADA, DOES I through X, inclusive; DOE Corporations I through X, <br><br> Defendants. | Case No.: 2:09cv-00817 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice as to ALL Defendants, each party to bear their own costs.

DATED this 14 day of September, 2010.         DATED this 14 day of September, 2010.

CISNEROS CLAYSON & MARIAS                      LEWIS BRISBOIS BISGAARD & SMITH

/s/ Christine Moore                            /s/ Marla Frederick

Christine G. Moore, Esq.                       Marla R. Frederick, Esq.
Nevada Bar No. 7342                            Nevada Bar No. 9019
1140 North Town Center Dr., Ste 200            400 South Fourth Street, Suite 500
Las Vegas, NV 89144                            Las Vegas, NV 89101
Attorneys for Defendants                       Attorneys for Plaintiff
BUMPERS INC. and RALPH E. HOWARD

1

1  Dated this 20 day of September, 2010.
2  WATSON ROUNDS

3  _____
   TARA A. SHIROFF, ESQ.
4  Nevada Bar No. 9574
   777 North Rainbow Boulevard, Suite 350
5  Las Vegas, NV 89107
   (702) 636-4902 (phone)
6  (702) 636-4904 (fax)
7  Attorneys for ANTHONY DEMEO, AS

8  SHERIFF OF THE COUNTY OF NYE

9  **ORDER**

10  PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

11  it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed

12  dismissed with prejudice as to Defendants Bumpers, Inc. and Ralph E. Howard only, each party to

13  bear their own costs. A trial has not yet been scheduled in this matter.

14  DATED this ___ day of September, 2010.

15

16  _____
    UNITED STATES DISTRICT COURT JUDGE

17  Respectfully submitted by:

18  CISNEROS CLAYSON & MARIAS

19
20  _____
    CHRISTINE G. MOORE, ESQ.
21  Nevada Bar No. 7342
    1140 N. Town Center Drive, Suite 200
22  Las Vegas, Nevada 89144
23  Attorney for Defendants
    BUMPERS INC. and RALPH E. HOWARD

24

25

26

27

28

2